**IN THE UNITED STATES DISTRICT COURT** RECEIVED
WILLIAM T. WALSH, CLERK
**FOR THE DISTRICT OF NEW JERSEY**

2005 SEP 29 P 3: 56

UNITED STATES
DISTRICT COURT

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., ) | |
| and LG ELECTRONICS, INC. ) | |
| ) | CIVIL ACTION NO. |
| Plaintiffs, ) | 04-2306 (WHW/SDW) |
| ) | |
| v. ) | Hon. Susan D. Wigenton |
| ) | |
| WHIRLPOOL CORPORATION ) | |
| ) | **ORDER** |
| Defendant. ) | |

This matter having come before the Court during the September 8, 2005 status conference and the Court having heard the parties' oral argument and for good cause appearing:

IT IS on the _____ day of September, 2005,

ORDERED as follows:

1. The parties shall file a Joint Claim Construction with the Court listing the terms, as well as their proposed constructions, at issue in Whirlpool's Motion for Summary Judgment of Non-Infringement which are (1) in dispute and (2) not in dispute by September 30, 2005.

2. LG Electronic USA, Inc., and LG Electronic, Inc.'s ("LG's") request to file a Motion for Summary Judgment of Infringement is denied at this time.

3. The following expert discovery and briefing schedule for Whirlpool Corporation's ("Whirlpool's") Motion for Summary Judgment of Non-Infringement has been set:

1638430-01

    a.     LG shall serve its expert report, if any, by October 26, 2005;

    b.     Whirlpool shall serve a rebuttal expert report, if any, by November 22, 2005;

    c.     All expert depositions shall be concluded by December 9, 2005;

    d.     Whirlpool shall serve its moving papers by January 9, 2006;

    e.     LG shall serve their opposition papers by February 9, 2006;

    f.     Whirlpool shall serve its reply papers by February 23, 2006; and

    g.     The Court shall hold oral argument on _____ , 2006.

4.    The Court shall hold a telephone status conference on December 13, 2005 at 11:30 a.m.  LG shall initiate the call.

SUSAN D. WIGENTON, U.S.M.J.